UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TREMAIN VERNON JONES,

      Plaintiff,                                       Case No. 1:10-CV-568

v.                                                         Hon. Gordon J. Quist

KENNETH SMITH, et al.,

      Defendants.
_____/

## ORDER ADOPTING
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on Plaintiff on July 5, 2011. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed July 1, 2011, is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's Motion For Default Judgment (docket no. 20) and Plaintiff's Motion For Hearing And Default Judgment (docket no. 46) are **DENIED**.

Dated: July 25, 2011                                             /s/ Gordon J. Quist
                                                                             GORDON J. QUIST
                                                         UNITED STATES DISTRICT JUDGE