UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

TREMAIN VERNON JONES,

        Plaintiff,                          Case No.  1:10-CV-568

v.                                         HON. GORDON J. QUIST

KENNETH SMITH, et al.,

        Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On January 31, 2013, Magistrate Judge Ellen S. Carmody issued a Report and Recommendation (docket no. 178) recommending that Plaintiff's Motion for a Temporary Restraining Order (docket no. 148) be denied.  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).  The Court has reviewed the Report and Recommendation, which was served on Plaintiff on February 1, 2013.  The Court now adopts the Report and Recommendation as the opinion of the Court.

Therefore,

**IT IS ORDERED** that the Report and Recommendation of  the Magistrate Judge (docket no. 178) is **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for a Temporary Restraining Order (docket no. 148) is **DENIED**.

Dated:  March 1, 2013                       _____/s/ Gordon J. Quist_____
                                        GORDON J. QUIST
                                   UNITED STATES DISTRICT JUDGE